**98–1343. State v. Davis.**
Franklin App. Nos. 97APA08–1020 and 97APA08–1021. Discretionary appeal allowed on Proposition

of Law No. 1 only; *sua sponte,* cause held for the decision in 97–1985, *State v. Cook,* Allen App. No. 1–97–21; briefing schedule stayed.